PEB: USAO 2016R00342

_FILED _ENTERED
_LODGED _RECEIVED

MAY 2 4 2016

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | CRIMINAL NO. |
|---|---|
| v. | (Distribution of Visual Depictions of Minors Engaged in Sexually Explicit Conduct, 18 U.S.C. §§2252A(a)(2), 2256; Forfeiture, 18 U.S.C. §§ 2253, 2428) |
| ROGER ALAN GRIMM, | |
| Defendant. | |

RDB-16-0255

## INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

On or about October 24, 2014, in the District of Maryland, the defendant,

**ROGER ALAN GRIMM,**

did knowingly distribute child pornography and material that contains child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, and shipped and transported in interstate and foreign commerce, and which contained materials which had been so mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, to wit: an image of child pornography entitled "0006._1370068006.jpg," which is an image of a naked prepubescent male with his genitals exposed, while an adult male's finger is penetrating the prepubescent minor's anus.

18 U.S.C. §§ 2252A(a)(2) and 2256
18 U.S.C. § 2

1

## FORFEITURE

The United States Attorney for the District of Maryland further alleges that:

1. The allegations of Count One of this Indictment are incorporated here.

2. As a result of the offense set forth in Count One of the Indictment in this case, the defendant,

### ROGER ALAN GRIMM,

shall forfeit to the United States his interest in all property, real and personal, (1) that was used and intended to be used to commit and to promote the commission of offenses in Count One, and any property traceable to such property as well as any property used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, or (2) that constitutes or traceable to gross profits or other proceeds obtained, directly or indirectly, as a result of the offense in Count One.

18 U.S.C. §§ 2253, 2428

_Rod J. Rosenstein /BS_
Rod J. Rosenstein
United States Attorney

Date: May 19, 2016